

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-21-00440-CV

**IN THE INTEREST OF E.A.T. JR. AND E.A.T., CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01457
Honorable Kimberly Burley, Judge Presiding

## O R D E R

Because appellant's notice of appeal was untimely but was filed within the time allowed for filing a motion for extension of time to file the notice of appeal, we ordered appellant to file a response stating a reasonable explanation for his failure to timely file the notice of appeal. *See* TEX. R. APP. P. 26.3. On November 8, 2021, appellant filed a sufficient response. As a result, we retain this appeal on the docket.

Our records appear to show that the appellate record is complete. We therefore **ORDER** appellant to file his brief **by November 30, 2021.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court